UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

DR. JOSEPH ASKEW, ASKEW'S DAY CARE, )
INC., NATHANIEL BAKER, GORDON WADE, )
and CURTIS WASHINGTON, )
)
        Plaintiffs, )
)   **JUDGMENT IN A**
)   **CIVIL CASE**
v. )   **CASE NO. 4:19-cv-13-D**
)
CITY OF KINSTON, GREG DEMPSEY, )
JASON BAKER, JACKIE ROGERS, and ADAM )
SHORT, )
)
        Defendants. )

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants'
motion to dismiss [D.E. 23] and DISMISSES plaintiffs' complaint without prejudice for lack
of subject-matter jurisdiction. The court DECLINES to address defendants' arguments under
Rule 12(b)(2), (4), and (5). The court DENIES plaintiffs' motion for a TRO or preliminary
injunction [D.E. 11] and plaintiffs' motion for a jury trial [D.E. 13].

**This Judgment Filed and Entered on May 15, 2019, and Copies To:**

Ralph T. Bryant, Jr.              (via CM/ECF electronic notification)

Dan McCord Hartzog, Jr.         (via CM/ECF electronic notification)

Katherine Barber-Jones         (via CM/ECF electronic notification)

DATE:                     PETER A. MOORE, JR., CLERK

May 15, 2019          (By) /s/ Nicole Sellers_____

                         Deputy Clerk